LARRY WALLACE, Respondent, v. INTER-CITY TRANSPORTATION CO., INC., Respondent, and N. Y. BUS TOURS, INC., Appellant.— Determination unanimously affirmed, with costs to defendant-respondent. No opinion. Present— Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOLMES ELECTRIC PROTECTIVE CO., Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ. [See post, p. 1023.]

CHESTER A. ALBERTS et al., Doing Business as C. A. ALBERTS & CO., Respondents, v. IRVING FRIEDRICKS, Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to respondents. If there are any third parties asserting claims to this property, they may be brought in on proper application. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

MARY K. McNAMEE, Appellant, v. RUTH A. GRIFFIN, Respondent.— Under subdivision 9 of section 31 of the Personal Property Law "a contract to assign or an assignment * * * of a life or health or accident insurance policy" is void in the absence of a writing. The purported assignment not having been in writing, defendant acquired no rights in the policy (Katzman v. Ætna Life Ins. Co., ante, p. 446). Accordingly, there was no issue of fact requiring a trial. Order reversed, with $20 costs and disbursements to appellant and plaintiff's motion for summary judgment granted. Settle order. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.; Cohn, J. P., dissents and votes to affirm.

HERBERT U. ROSS, Doing Business as "ROSS EMPLOYMENT SERVICE", Appellant, v. WARD B. ARBURY et al., as Members of the State Commission Against Discrimination, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [206 Misc. 74.]

In the Matter of KATHERINE LEANZO, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Determination confirmed, with $20 costs and disbursements to respondents. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSHUA MARSHALL, Appellant.— Motion to dismiss appeal granted. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUIDO BERARDO, Appellant.— Motion to dismiss appeal granted. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.